IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00054-REB-BNB

RUDY A. LUJAN,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA, a Tennessee corporation,
BRENT CROUSE, individually and in his official capacity as Warden of the Crowley County Correctional Facility ("CCCF"),
RAYMOND ROMERO, individually and in his official capacity as Gang Investigator, CCCF, and
JAIME MUNOZ, individually and in his official capacity as Gang Coordinator, CCCF,

Defendants.
_____

**ORDER**
_____

This matter was referred to me by Judge Robert E. Blackburn's Order of Reference to United States Magistrate Judge entered January 13, 2006.

Pursuant to 28 U.S.C. § 455(a), a Magistrate Judge shall disqualify himself "in any proceeding in which his impartiality might reasonably be questioned." Consistent with that requirement, I hereby recuse myself from service in this matter. I direct the Clerk of the Court to cause this matter to be reassigned by random draw to another Magistrate Judge.

Dated March 27, 2006.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge