IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00054-REB-CBS

RUDY A. LUJAN,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
a Tennessee corporation,
BRENT CROUSE, individually and in his official capacity
as Warden of the Crowley County Correctional Facility ("CCCF"),
RAYMOND ROMERO, individually and in his official capacity
as Gang Investigator,CCCF, and
MUNOZ, individually and in his official capacity as
Gang Investigator, CCCF,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendants' Amended Unopposed Motion to Depose Inmate Anthony McKinney (*doc. no. 44)* and Defendants' Unopposed Motion to Depose Inmate Shaddy Graham (*doc. no. 48)* are **GRANTED**.

**DATED:**    September 13, 2006