**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00054-REB-BNB

RUDY A. LUJAN,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA, a Tennessee corporation,
BRENT CROUSE, individually and in his official capacity as Warden of the Crowley County Correctional Facility ("CCCF"),
RAYMOND ROMERO, individually and in his official capacity as Gang Investigator, CCCF, and
MUNOZ, individually and in his official capacity as Gang Investigator, CCCF,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter comes before the court on the **Stipulation for Dismissal With Prejudice** [#52], filed November 15, 2006.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation for Dismissal With Prejudice** [#52], filed November 15, 2006, is **APPROVED**;

    2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

2

      3.  That the Trial Preparation Conference set for August 3, 2007, is **VACATED**;

and

      4.  That the jury trial set to commence August 20, 2007, is **VACATED**.

Dated November 15, 2006, at Denver, Colorado.

                          **BY THE COURT:**

                          **s/ Robert E. Blackburn**
                          **Robert E. Blackburn**
                          **United States District Judge**